Emily G. Yaron, Bar No. 028811
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: eyaron@swlaw.com

*Attorneys for Defendant Experian Information
Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Morris, an individual,<br><br>                  Plaintiff,<br><br>        v.<br><br>Equifax Information Services, LLC, a corporation, Experian Information Solutions, Inc., a corporation, and M&T Bank, a New York corporation,<br><br>                  Defendants. | Case No. 2:26-cv-01816-JJT<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF SERVICE OF RULE 26(a)(1) DISCLOSURES** |

Defendant Experian Information Solutions, Inc., by and through its undersigned counsel of record, and pursuant to the Court's Local Rules of Civil Procedure 5.2, gives notice to the Court that Defendant Experian Information Solutions, Inc.'s Rule 26(a)(1) Disclosures were served by e-mail to all counsel of record on the 29th day of May, 2026.

Dated:  May 29, 2026                     SNELL & WILMER LLP


                                         By:  *s/ Emily Gildar Yaron*
                                              Emily Gildar Yaron
                                              One E. Washington St., Ste 2700
                                              Phoenix, AZ 85004

                                              *Attorneys for Defendant
                                              Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ramos Law
Kyle B. Sherman
4201 N. 24th Street, Suite 240
Phoenix, AZ 85016
ksherman@ramoslaw.com
Attorneys for Plaintiff

Ramos Law
Matthew R. Osborne
10190 Bannock Street, Suite 200
Northglenn, CO 80260
mosborne@ramoslaw.com
Attorneys for Plaintiff

Taft Stettinius Hollister LLP
Craig Alan Morgan
Jake Tyler Rapp
2555 E. Camelback Road, Suite 1050
Phoenix, AZ 85016
cmorgan@taftlaw.com
jrapp@taftlaw.com
Attorneys for Equifax Information Services, LLC

Seyfarth Shaw LLP
Ritika Singh
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
risingh@seyfarth.com
Attorneys for Equifax Information Services, LLC

/s/ Paula Shanahan
4914-0287-4800