**Taft/**

LAW OFFICES
**TAFT STETTINIUS & HOLLISTER LLP**
2555 EAST CAMELBACK ROAD, SUITE 1050
PHOENIX, AZ 85016
TELEPHONE: 602.240.3000
FACSIMILE: 602.240.6600

Craig A. Morgan (AZ Bar No. 023373)
cmorgan@taftlaw.com
Jake T. Rapp (AZ Bar No. 036208)
jrapp@taftlaw.com
*Attorneys for Defendant Equifax Information Services, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Morris, an individual, | Case No. 2:26-cv-01816-JJT |
| Plaintiff, | **DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S NOTICE OF SERVICE OF INITIAL DISCLOSURES** |
| v. | |
| Equifax Information Services LLC, a Corporation, Experian Information Solutions Inc., a Corporation and M&T Bank, a New York Corporation, | |
| Defendants. | |

Pursuant to LRCiv 5.2, Defendant Equifax Information Services, LLC provides notice that on June 1, 2026, it served its Rule 26(a) initial disclosures to all counsel of record via email.

DATED: June 2, 2026

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ Jake T. Rapp*
Craig A. Morgan
Jake T. Rapp
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3042
Facsimile: (602) 240-6600
*Attorneys for Defendant*
*Equifax Information Services LLC*

RULE 26 INITIAL DISCLOSURES OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

200944427v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter.

*/s/ Ella Meshke*
Ella Meshke

CERTIFICATE OF SERVICE

200944427v1