**RAMOS LAW**
**Matthew R. Osborne Esq.** SBN 040200
10190 Bannock St Suite 200
Northglenn, CO 80260
Telephone: (720) 623-0098
Emails: MOsborne@ramoslaw.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Morris; | Case No. 2:26-cv-01816-JJT |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SERVICE OF WRITTEN DISCOVERY** |
| vs. | |
| Equifax Information Services LLC, a corporation, Experian Information Solutions, Inc., a corporation. | |
| Defendants. | |

Pursuant to LRCiv 5.2, Plaintiff, Jared Morris, provides that on May 29, 2026, he served written discovery requests on both Defendants by emailing them to all counsel of record.

Respectfully submitted this 4th day of June 2026.

/s/ Matthew R. Osborne
RAMOS LAW
Matthew R. Osborne Esq. SBN 040200
10190 Bannock St Suite 200
Northglenn, CO 80260
Telephone: (720) 623-0098
MOsborne@ramoslaw.com
*Counsel for Plaintiff*

- 1 -
**NOTICE OF SERVICE OF WRITTEN DISCOVERY**

RAMOS LAW
10190 Bannock St Suite 200 Northglenn, CO 80260
Telephone: (720) 623-0098

## CERTIFICATE OF SERVICE

I certify that on the 4th day of June, 2026, a true and correct copy of the foregoing was filed with the Court's ECF system and served via the same on the following:

Emily Gildar yaron
Snell & Wilmer
One East Washington St., Ste. 2700
Phoenix, AZ 85004
(602) 382-6000
eyaron@swlaw.com
*Counsel for Defendant Experian*
*Information Solutions, INC.*

Jake T. Rapp
Taft Stettinus & Hollister, LLP
2555 E. Camelback Rd., Suite 1050
Phoenix, AZ 85106
(602) 240-3000
jrapp@taftlaw.com
*Counsel for Defendant Equifax*
*Information Services, LLC*

/s/ Amanda Ferrera
*RAMOS LAW - Paralegal*

- 2 -
**NOTICE OF SERVICE OF WRITTEN DISCOVERY**