EYFARTH SHAW LLP
Ritika Singh, *Admitted Pro Hac Vice*
risingh@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6763

TAFT STETTINIUS & HOLLISTER LLP
Craig A. Morgan
cmorgan@taftlaw.com
Jake T. Rapp
jrapp@taftlaw.com
2555 East Camelback Road
Suite 1050
Phoenix, Arizona 85016
Telephone:  (602) 240-3042
Facsimile:  (602) 240-6600

*Attorneys for Defendant*
*Equifax Information Services, LLC*

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| Jared Morris, an individual, | Case No. 2:26-cv-01816-JJT |
|---|---|
| Plaintiff, | **DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Equifax Information Services LLC, a Corporation, Experian Information Solutions Inc., a Corporation and M&T Bank, a New York Corporation, | |
| Defendants. | |

Pursuant to L.R.Civ. Rule 5.2, Defendant Equifax Information Services, LLC ("Equifax") hereby gives notice to the Court that service of Equifax's First Set of Interrogatories, First Requests for Production of Documents and First Requests for Admission occurred on June 5, 2026.

326415662v.1

DATED: June 5, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: _/s/ Ritika Singh_
Ritika Singh, *Admitted Pro Hac Vice*
risingh@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

2

NOTICE OF SERVICE OF DISCOVERY

326415662v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S NOTICE OF SERVICE OF DISCOVERY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ritika Singh*
Ritika Singh
*Counsel for Defendant*
*Equifax Information Services LLC*

CERTIFICATE OF SERVICE

326415662v.1